**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | § § § | |
| **Plaintiff,** | § § § | |
| | § | **CIVIL ACTION NO. 4:08cv2886** |
| **v.** | § § | |
| **PACE SERVICES, L.P.,** | § § | |
| **Defendant.** | § | **JURY TRIAL** |

**ORDER ON DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EXHIBITS**

Defendant's Objections to Plaintiff's proposed trial exhibits are ruled on as follows:

**Plaintiff's 3:**

_____          _____
      **Sustained**                                    **Overrruled**

**Plaintiff's 13:**

_____          _____
      **Sustained**                                    **Overrruled**

**Plaintiff's 14:**

_____          _____
      **Sustained**                                    **Overrruled**

**Plaintiff's 15:**

_____          _____
      **Sustained**                                    **Overrruled**

**Plaintiff's 16:**

_____          _____
       **Sustained**                              **Overrruled**

**Plaintiff's 17:**

_____          _____
       **Sustained**                              **Overrruled**

**Plaintiff's 18:**

_____          _____
       **Sustained**                              **Overrruled**

**Plaintiff's 29:**

_____          _____
       **Sustained**                              **Overrruled**

**Plaintiff's 34:**

_____          _____
       **Sustained**                              **Overrruled**


Signed on April _____, 2010.


_____
    Stephen Wm. Smith
United States Magistrate Judge