IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § | |
| Plaintiff, | § § § | |
| | § | CIVIL ACTION NO. 4:08cv2886 |
| v. | § § | |
| PACE SERVICES, L.P., | § § | |
| Defendant. | § | **JURY TRIAL** |

**NOTICE OF SETTLEMENT**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW the Plaintiff, the United States Equal Employment Opportunity Commission ("Commission" or "EEOC"), and announces that the parties have reached an agreement in principle to resolve this matter without a jury trial.

The parties anticipate finalizing and submitting a Consent Decree for the Court's approval no later than fifteen (15) days from the date of this Notice.

        Respectfully submitted,

        _/s/_Timothy_M. _Bowne_____
        Timothy M. Bowne
        Lead Attorney
        Texas Bar No. 00793371

        Equal Employment Opportunity
            Commission
        1919 Smith Street, 7th Floor
        Houston, Texas 77002
        (713) 209-3395
        (713) 209-3402 [facsimile]

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Settlement was filed via the Court's ECF system on April 2, 2010, and through that system should be served on the following:

Dale M. Tingleaf
Attorney at Law
820 Gessner, Suite 1445
Houston, Texas 77024
Tingleaf@aol.com

        _/s/_Timothy_M_Bowne___ _____ _
        Timothy M. Bowne