IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § | |
| Plaintiff, | § § § | |
| | § | CIVIL ACTION NO. 4:08cv2886 |
| v. | § § | |
| PACE SERVICES, L.P., | § § | |
| Defendant. | § | **JURY TRIAL** |

## JOINT MOTION TO ENTER CONSENT DECREE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendant Pace Services, L.P., and hereby move that the Court sign and enter the Consent Decree which is filed concurrently with this motion. In support of this motion, the parties would show as follows:

1. The parties have resolved the claims against Defendant in this lawsuit.

2. The EEOC's lawsuit alleged Title VII causes of action for discrimination based on national origin, race, color, and religion against Defendant.

3. The Consent Decree, if entered by the Court, will resolve to the satisfaction of the parties all the issues raised in the EEOC's Complaint. The parties therefore request the Court to approve the Consent Decree.

WHEREFORE, EEOC and Defendant respectfully request that the Court enter the Consent Decree which is filed with this motion.

1

Respectfully Submitted,

/s/ Timothy M. Bowne

**Timothy M. Bowne**
Senior Trial Attorney
Attorney-in-Charge
State Bar No. 00793371
S.D. Tex. No. 20023
Equal Employment Opportunity Commission
1919 Smith Street, 6th Floor
Houston, Texas  77002
(713) 209-3395 (telephone)
(713) 209-3402 (facsimile)
timothy.bowne@eeoc.gov
ATTORNEY FOR PLAINTIFF EEOC


 /s/ Dale M. Tingleaf
**Dale M. Tingleaf**
Attorney-in-Charge
State Bar No. 20055000
TINGLEAF & ASSOCIATES
820 Gessner, Suite 1445
Houston, Texas 77024
(713) 467-5252 (phone and fax)
ATTORNEY FOR DEFENDANT
PACE SERVICES, L.P.

2

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the Joint Motion to Enter Consent Decree was filed via the Court's ECF system on April 15, 2010, and through that system should be served on the following:

    Dale M. Tingleaf
    Attorney at Law
    820 Gessner, Suite 1445
    Houston, Texas 77024
    Tingleaf@aol.com

                                                  _/s/_Timothy_M_Bowne_____
                                                  Timothy M. Bowne